**Order entered March 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00784-CV

---

### TONYA PARKS AND PARKS REALTY FIRM, LLC, Appellants

### V.

### AFFILIATED BANK, Appellee

---

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04540-C**

---

## ORDER

The Court abated this appeal on December 20, 2017, so that the trial court could make findings relating to whether Tonya Parks, individually and on behalf of Parks Realty Firm, LLC (PRF), voluntarily entered into an agreement under rule of civil procedure 11, pursuant to which Parks and PRF forfeited their right to bring this appeal, and whether any agreement is enforceable. The trial court held a hearing on February 16, 2018, and entered findings of fact and conclusions of law on February 27, 2018. Following the hearing, Parks and PRF requested the opportunity to brief and argue issues relating to (1) the trial court's rulings on objections made during the February 16, 2018 hearing, and findings of fact and conclusions of law; and (2) this Court's orders of December 20, 2017, and February 18, 2018, relating to the abatement of this appeal.

We **REINSTATE** this appeal. We **GRANT**, in part, Parks and PRF's request for additional briefing. By **March 23, 2018**, Parks and PRF may file a brief, not exceeding fifteen pages, raising only issues relating to the trial court's rulings on objections at the February 16, 2018 hearing and the trial court's February 27, 2018 findings of fact and conclusions of law. Affiliated Bank may file any response, not exceeding fifteen pages, by **April 9, 2018**. Parks and PRF may file any reply, not exceeding five pages, by **April 16, 2018**. No extensions to these deadlines will be entertained. Oral argument on the supplemental issues will not be permitted.

/s/ ELIZABETH LANG-MIERS
   PRESIDING JUSTICE